STAYED/JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA NUNEZ, an individual and on behalf of all similarly situated persons;<br><br>Plaintiff,<br><br>vs.<br><br>SKINNYCORP, LLC d/b/a Threadless, a Delaware limited liability company,<br><br>Defendant. | Case No. 8:24-cv-01976-JVS-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO CLASS ACTION COMPLAINT AND STAY CASE PENDING MAY 9, 2025 MEDIATION [18]**<br><br>Complaint Filed: September 13, 2024 |

## ORDER GRANTING JOINT STIPULATION

Upon consideration of the Joint Stipulation to Extend Defendant's Time to Respond to Class Action Complaint and Stay Case Pending May 9, 2025, Mediation filed by the Parties, and good cause having been shown,

**IT IS HEREBY ORDERED** that:

1. This action is stayed based on the scheduled and pending May 9, 2025, mediation.

2. Defendant's response to Plaintiff's Class Action Complaint is due June 23, 2025 (45 days after the May 9, 2025, mediation).

3. The Parties shall file a status report within fourteen (14) days of the mediation informing the Court of the outcome of the mediation, the Parties' progress regarding a potential resolution, and/or setting forth a proposed schedule for this case.

**IT IS SO ORDERED.**

Dated: January 31, 2025

_____
Honorable James V. Selna
United States District Judge